UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 15 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | **4:18CR00221 RLW/NCC** |
| ) | |
| JERRY JEROME HAMPTON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 20, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**JERRY JEROME HAMPTON,**

having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney